# U.S. COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 24-8506

In re Sealed Case

## SUGGESTION OF DEATH

The undersigned represented the Respondent in the Disciplinary Committee proceedings on this docket. The undersigned received a verbal report from the Respondent's former law partner that the Respondent died on April 10, 2025. Request is made to stay action on this docket pending efforts to obtain an obituary or other evidence of death.

Respectfully submitted,

/s/ Daniel Schumack

---

Daniel Schumack
DC#415929 | DC Cir #41650
Schumack + Guggenheim PLLC
3900 Jermantown Rd Ste 300
Fairfax, VA 22030-4900
Tel 703-934-4656
daniel@schumack.com

## CERTIFICATE OF SERVICE

In addition to service through the Court's e-filing system, I hereby certify that I have served a true copy of this document to the Committee's Chair, on this 14th day of April, 2025, via email at eric.yaffe@lathropgpm.com.

/s/ Daniel Schumack

---

Daniel Schumack